UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| In Re: | **CHAPTER 7** |
|     LONG ISLAND BANANA CORP., | **Case No. 14-71443-REG** |
|                      Debtor, | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO RULE 9010(b) OF THE FEDERAL RULES OF <u>BANKRUPTCY PROCEDURE</u>** |

---------------------------------------------------------------X

      THOMAS J. HOEY, by his attorney, JAMES P. PAGANO, ESQ., respectfully represents the following:

      1. That he is a creditor and party in interest in the above-captioned Chapter 7 case.

      2. That he hereby requests that all notices of all matters given in this case and all papers served in this case, including, but not limited to all orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, which affect the Debtor or the property of the Debtor, be sent to his counsel as follows:

JAMES P. PAGANO, ESQ. (JPP-3447)
277 Broadway, Suite 801
New York, New York 10007
(212) 732-4740

Dated: New York, New York
       December 31, 2014

                                          */s/ James P. Pagano*_____
                                          JAMES P. PAGANO, ESQ. (JPP-3447)
                                          Attorney for THOMAS J. HOEY
                                          a Creditor and Party in Interest
                                          277 Broadway, Suite 801
                                          New York, New York 10007
                                          (212) 732-4740

TO: ALL PARTIES LISTED ON ANNEXED SERVICE LIST

**SERVICE LIST**

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP.
Attorneys for R. KENNETH BARNARD, ESQ.
The Chapter 7 Trustee
1201 RXR Plaza
Uniondale, NY 11556
Attn: MICKEE M. HENNESSY, ESQ.
      THOMAS A DRAGHI, ESQ.


R KENNETH BARNARD, ESQ.
Chapter 7 Trustee
3305 Jerusalem Avenue
Suite 215
Wantagh, NY 11793


UNITED STATES TRUSTEE
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Case No.: 8-14-71443-REG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    LONG ISLAND BANANA CORP.

                Debtor.

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS PURSUANT TO
RULE 9010(b) OF THE FEDERAL RULES
<u>OF BANKRUPTCY PROCEDURE</u>**

JAMES P. PAGANO, ESQ.
Attorney for THOMAS J. HOEY
A Creditor and Party in Interest
277 Broadway, Suite 801
New York, NY 10007
(212) 732-4740

To:
    New York, New York
    (212)
Attorney(s) for:

Service of a copy of the within                                    is hereby admitted.

Dated:

Attorney(s) for:

PLEASE TAKE NOTICE
Check Applicable Box

0                 that the within is a (certified) true copy of a

entered in the office of the clerk of the within named Court on        200

0                 that an Order of which the within is a true copy will be presented for settlement to

        the Hon.        one of the Judges of the within named Court,
                                                                         at
                on                200   , at                      M.
Dated: