**JAMES P. PAGANO**

ATTORNEY AT LAW
277 BROADWAY . SUITE 801
NEW YORK . NY 10007

(212) 732-4740

April 23, 2015

HON. ROBERT E. GROSSMAN
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

                Re:   **LONG ISLAND BANANA CORP.
                           8-14-71443-REG**

Dear Judge Grossman:

      Pursuant to E.D.N.Y. LBR 9004-1(c), attached hereto please find a Chamber Copy of the following document:

(1)    NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO RULE 9010(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [ECF Document Number 353].

      Thank you.

                                          Very truly yours,

                                          */s/ James P. Pagano*
                                          JAMES P. PAGANO

JPP/dd
Encl.