# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: Long Island Banana Corp. § Case No. 8-14-71443-REG
      Debtor, Jointly Administered §
                                                                §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,778,702.99 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $456,052.54 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $298,579.29 | |

      3) Total gross receipts of $ 754,631.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $754,631.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,123,437.24 | $1,034,740.83 | $456,052.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 223,579.29 | 223,579.29 | 223,579.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 1,376,380.89 | 692,159.44 | 75,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,323,824.66 | 40,254.10 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,748,326.92 | 1,748,326.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $8,795,549.00 | $3,739,060.58 | $754,631.83 |

4) This case was originally filed under Chapter 7 on April 03, 2014. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2017         By: /s/R. KENNETH BARNARD, ESQ.
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Operating Receipts | 1230-000 | 45,278.55 |
| DIP Bank Account | 1129-000 | 750.00 |
| Lease for 28 Willaims st. | 1129-000 | 577,000.00 |
| vehicles | 1129-000 | 131,603.28 |
| **TOTAL GROSS RECEIPTS** | | **$754,631.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Navistar Financial Corporation | 4210-000 | N/A | 11,569.82 | 0.00 | 0.00 |
| 12 | Best Tropical Island Inc | 4220-000 | N/A | 25,706.87 | 0.00 | 0.00 |
| 13 | D'Arrigo Bros. Co. of New York, Inc. | 4220-000 | N/A | 35,143.75 | 0.00 | 0.00 |
| 14 | Luna Fresh Greenwich Corp. | 4220-000 | N/A | 951.25 | 0.00 | 0.00 |
| 15 | Rubin Bros. Produce Corp. | 4220-000 | N/A | 7,303.75 | 0.00 | 0.00 |
| 16 | Coosemans New York, Inc. | 4220-000 | N/A | 230.00 | 0.00 | 0.00 |
| 17 | Globe Trade Capital LLC | 4210-000 | N/A | 578,688.29 | 578,688.29 | 0.00 |
| 28 -2 | Citibank, N.A. | 4210-000 | N/A | 2,139,029.42 | 0.00 | 0.00 |
| 39 | Truisfruit SA | 4220-000 | N/A | 282,960.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 42S | Direct Capital Corporation | 4220-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| 48 | All Island Bananas Produce Corp. | 4210-000 | N/A | 510,801.55 | 0.00 | 0.00 |
| | 28 William St. Corp. | 4220-000 | N/A | 217,000.00 | 217,000.00 | 217,000.00 |
| | McCarron & Diess | 4120-000 | N/A | 239,052.54 | 239,052.54 | 239,052.54 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,123,437.24** | **$1,034,740.83** | **$456,052.54** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 16,500.00 | 16,500.00 | 16,500.00 |
| Trustee Expenses - R. KENNETH BARNARD, ESQ. | 2200-000 | N/A | 167.30 | 167.30 | 167.30 |
| Other - Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | 3210-000 | N/A | 108,643.39 | 108,643.39 | 108,643.39 |
| Other - Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | 3220-000 | N/A | 2,411.35 | 2,411.35 | 2,411.35 |
| Other - Paritz & Company, P.A. | 3410-000 | N/A | 4,449.17 | 4,449.17 | 4,449.17 |
| Auctioneer for Trustee Fees (including buyers premiums) - David R Maltz & Co. | 3610-000 | N/A | 55,000.00 | 55,000.00 | 55,000.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 5,525.00 | 5,525.00 | 5,525.00 |
| Other - NYS Department of Finance | 2690-000 | N/A | 25.81 | 25.81 | 25.81 |
| Other - Carriann Schettini | 2690-000 | N/A | 290.65 | 290.65 | 290.65 |
| Other - Fabian Antonio Farina | 2690-000 | N/A | 290.65 | 290.65 | 290.65 |
| Other - Hubert Simon | 2690-000 | N/A | 174.39 | 174.39 | 174.39 |
| Other - Jeffery Lee | 2690-000 | N/A | 232.52 | 232.52 | 232.52 |
| Other - Michael Barchetto | 2690-000 | N/A | 377.85 | 377.85 | 377.85 |
| Other - Nassour Abdelrazil | 2690-000 | N/A | 377.85 | 377.85 | 377.85 |
| Other - Rodrigo Farina | 2690-000 | N/A | 290.65 | 290.65 | 290.65 |
| Other - Thomas Hoey III | 2690-000 | N/A | 377.85 | 377.85 | 377.85 |
| Other - Traci Collins | 2690-000 | N/A | 377.85 | 377.85 | 377.85 |
| Other - Wendy Hoey | 2690-000 | N/A | 465.04 | 465.04 | 465.04 |
| Other - Yolanda Hoey | 2690-000 | N/A | 465.04 | 465.04 | 465.04 |
| Other - 28 William St. Corp. | 2410-000 | N/A | 14,000.00 | 14,000.00 | 14,000.00 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 349.31 | 349.31 | 349.31 |
| Other - Signature Bank | 2600-000 | N/A | 1.72 | 1.72 | 1.72 |
| Other - Signature Bank | 2600-000 | N/A | 26.92 | 26.92 | 26.92 |
| Other - Signature Bank | 2600-000 | N/A | 31.40 | 31.40 | 31.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Signature Bank | 2600-000 | N/A | 735.29 | 735.29 | 735.29 |
| Other - Signature Bank | 2600-000 | N/A | 531.57 | 531.57 | 531.57 |
| Other - Signature Bank | 2600-000 | N/A | 795.10 | 795.10 | 795.10 |
| Other - Signature Bank | 2600-000 | N/A | 744.26 | 744.26 | 744.26 |
| Other - International Sureties, Ltd | 2300-000 | N/A | -69.51 | -69.51 | -69.51 |
| Other - Signature Bank | 2600-000 | N/A | 743.25 | 743.25 | 743.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 261.10 | 261.10 | 261.10 |
| Other - Nassour Abdelrazil | 2690-000 | N/A | 272.15 | 272.15 | 272.15 |
| Other - Michael Barchetto | 2690-000 | N/A | 272.15 | 272.15 | 272.15 |
| Other - Jeffery Lee | 2690-000 | N/A | 167.48 | 167.48 | 167.48 |
| Other - Traci Collins | 2690-000 | N/A | 272.15 | 272.15 | 272.15 |
| Other - Carrian Schettini | 2690-000 | N/A | 209.35 | 209.35 | 209.35 |
| Other - Wendy Hoey | 2690-000 | N/A | 334.96 | 334.96 | 334.96 |
| Other - Yolanda Hoey | 2690-000 | N/A | 334.96 | 334.96 | 334.96 |
| Other - Rodrigo Farina | 2690-000 | N/A | 209.35 | 209.35 | 209.35 |
| Other - Clerk, United States Bankruptcy Court | 2690-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Hubert Simon | 2690-000 | N/A | 125.61 | 125.61 | 125.61 |
| Other - Thomas Hoey III | 2690-000 | N/A | 272.15 | 272.15 | 272.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 407.72 | 407.72 | 407.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 380.83 | 380.83 | 380.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 418.58 | 418.58 | 418.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 391.65 | 391.65 | 391.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 378.04 | 378.04 | 378.04 |
| Other - Clerk, United States Bankruptcy Court | 2690-000 | N/A | 209.35 | 209.35 | 209.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 429.63 | 429.63 | 429.63 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 99.42 | 99.42 | 99.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 375.84 | 375.84 | 375.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 374.94 | 374.94 | 374.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 426.12 | 426.12 | 426.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 373.83 | 373.83 | 373.83 |
| Other - NYS Department of Taxation and Finance | 2820-000 | N/A | 714.57 | 714.57 | 714.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 372.97 | 372.97 | 372.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 423.14 | 423.14 | 423.14 |
| Other - Signature Bank | 2600-000 | N/A | 239.58 | 239.58 | 239.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $223,579.29 | $223,579.29 | $223,579.29 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Northern Star Technology Group | 6910-000 | N/A | 1,846.62 | 1,846.62 | 0.00 |
| PSEG dba Long Island Power Authority | 6950-000 | N/A | 5,952.95 | 5,952.95 | 446.23 |
| Goetz Fitzpatrick LLP | 6210-000 | N/A | 145,239.21 | 134,754.21 | 10,101.20 |
| Herrick Feinstein LLP | 6210-000 | N/A | 538,982.24 | 524,467.24 | 39,314.15 |
| Goetz Fitzpatrick LLP | 6210-000 | N/A | 145,239.21 | 10,485.00 | 10,485.00 |
| Herrick Feinstein LLP | 6210-000 | N/A | 538,982.24 | 14,515.00 | 14,515.00 |
| Clerk, United States Bankruptcy Court | 6910-000 | N/A | 138.42 | 138.42 | 138.42 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $1,376,380.89 | $692,159.44 | $75,000.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-7 | NYS Department of Finance | 5800-000 | N/A | 4,437.65 | 4,437.65 | 0.00 |
| 7P-4 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 18,844.00 | 18,844.00 | 0.00 |
| 9 | Juan Rivera | 5300-000 | N/A | 793.10 | 793.10 | 0.00 |
| 20 | Del Monte Fresh Produce N.A., Inc. | 5200-000 | N/A | 32,394.57 | 0.00 | 0.00 |
| 21 | Banacol Marketing Corporation | 5200-000 | N/A | 349,495.53 | 0.00 | 0.00 |
| 23P-2 | National Labor Relations Board | 5300-000 | N/A | 11,312.00 | 11,312.00 | 0.00 |
| 30 | Katzman Berry Corp. | 5200-000 | N/A | 2,179.09 | 0.00 | 0.00 |
| 31 | Chiquita Fresh North America, LLC | 5200-000 | N/A | 621,923.69 | 0.00 | 0.00 |
| 32 | Dole Fresh Fruit Company | 5200-000 | N/A | 231,098.87 | 0.00 | 0.00 |
| 33 | Fierman Produce Exchange Inc. | 5200-000 | N/A | 26,707.04 | 0.00 | 0.00 |
| 34 | S. Katzman Produce, Inc. | 5200-000 | N/A | 18,616.27 | 0.00 | 0.00 |
| 35 | Morris Okun, Inc. | 5200-000 | N/A | 1,155.50 | 0.00 | 0.00 |
| 36P | Frank A. Mauro, Jr. | 5300-000 | N/A | 2,598.08 | 2,598.08 | 0.00 |
| 37 | John Reina | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| 43 | State of NY Dept of Labor | 5800-000 | N/A | 2,269.27 | 2,269.27 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,323,824.66 | $40,254.10 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-7 | NYS Department of Finance | 7100-000 | N/A | 3,967.08 | 3,967.08 | 0.00 |
| 2 | Total Quality Logistics | 7100-000 | N/A | 1,875.00 | 1,875.00 | 0.00 |
| 3 | WW Grainger Inc | 7100-000 | N/A | 5,373.68 | 5,373.68 | 0.00 |
| 4 -2 | NYS Dept of Labor - Unmplymnt Ins Div, | 7100-000 | N/A | 344.36 | 344.36 | 0.00 |
| 5 | Eliminex Pest Control | 7100-000 | N/A | 1,446.03 | 1,446.03 | 0.00 |
| 6 | Paraco Gas Corp. | 7100-000 | N/A | 2,030.93 | 2,030.93 | 0.00 |
| 7U-4 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 418.98 | 418.98 | 0.00 |
| 8 | IPFS Corporation | 7100-000 | N/A | 5,390.18 | 5,390.18 | 0.00 |
| 11 | OfficeMax North America | 7100-000 | N/A | 938.10 | 938.10 | 0.00 |
| 18 | American Express Bank, FSB | 7100-000 | N/A | 9,280.13 | 9,280.13 | 0.00 |
| 19 | American Express Bank, FSB | 7100-000 | N/A | 30,000.00 | 30,000.00 | 0.00 |
| 22 | US Dept of Labor- Emp Benefits Security Admin | 7100-000 | N/A | 905,083.00 | 905,083.00 | 0.00 |
| 23U-2 | National Labor Relations Board | 7100-000 | N/A | 3,838.00 | 3,838.00 | 0.00 |
| 24 | Leonard's Express Inc. | 7100-000 | N/A | 40,850.00 | 40,850.00 | 0.00 |
| 25 | Prestige Telecom Inc | 7100-000 | N/A | 2,156.96 | 2,156.96 | 0.00 |
| 26 | Densieski Farms | 7100-000 | N/A | 23,000.00 | 23,000.00 | 0.00 |
| 27 | Circus Fruits Wholesale Corp. | 7100-000 | N/A | 29,029.00 | 29,029.00 | 0.00 |
| 29 | 28 William St. Corp. | 7100-000 | N/A | 301,832.87 | 301,832.87 | 0.00 |
| 36U | Frank A. Mauro, Jr. | 7100-000 | N/A | 124,937.98 | 124,937.98 | 0.00 |
| 38 | LACO Service, Inc. | 7100-000 | N/A | 30,160.00 | 30,160.00 | 0.00 |
| 40 | NYS Workers' Compensation Board | 7100-000 | N/A | 96,510.36 | 96,510.36 | 0.00 |
| 41 | AFCO Credit corporation | 7100-000 | N/A | 15,168.07 | 15,168.07 | 0.00 |
| 42U | Direct Capital Corporation | 7100-000 | N/A | 53,172.03 | 53,172.03 | 0.00 |
| 44 | Abrams Fensterman et al | 7100-000 | N/A | 9,648.00 | 9,648.00 | 0.00 |
| 45 | Leonard's Express, Inc. | 7100-000 | N/A | 38,000.00 | 38,000.00 | 0.00 |
| 46 | New York City Department of Finance | 7100-000 | N/A | 3,385.69 | 3,385.69 | 0.00 |
| 49 | American Ripener LLC | 7100-000 | N/A | 5,170.49 | 5,170.49 | 0.00 |
| 50 | Syosset Truck Sales Inc. | 7100-000 | N/A | 5,320.00 | 5,320.00 | 0.00 |

| 51 | Fireman Produce Exchange Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,748,326.92 | $1,748,326.92 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Period Ending:** 09/15/17

**Trustee:** (520840)   R. KENNETH BARNARD, ESQ.  
**Filed (f) or Converted (c):** 10/16/14 (c)  
**§341(a) Meeting Date:** 11/05/14  
**Claims Bar Date:** 03/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Receipts (u) | 0.00 | 45,278.55 | | 45,278.55 | FA |
| 2 | DIP Bank Account | 0.00 | 0.00 | | 750.00 | FA |
| 3 | Lease for 28 Willaims st. | 0.00 | 358,000.00 | | 577,000.00 | FA |
| 4 | Citibank checking acct ending 6692 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Citibank checking cct ending 8511 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | household goods | 300.00 | 0.00 | | 0.00 | FA |
| 7 | accounts receivable | 303,402.99 | 0.00 | | 0.00 | FA |
| 8 | damages for unauthorized entry | Unknown | 0.00 | | 0.00 | FA |
| 9 | overpayment of rent | 800,000.00 | 0.00 | | 0.00 | FA |
| 10 | PACA license | 0.00 | 0.00 | | 0.00 | FA |
| 11 | vehicles | 325,000.00 | 131,603.28 | | 131,603.28 | FA |
| 12 | machinery | 75,000.00 | 0.00 | | 0.00 | FA |
| 13 | ripening rooms | 600,000.00 | 0.00 | | 0.00 | FA |
| 14 | void | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets   Totals** (Excluding unknown values) | **$2,103,702.99** | **$534,881.83** | | **$754,631.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016     **Current Projected Date Of Final Report (TFR):**   July 22, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********83 - Checking  
**Blanket Bond:** $77,628,510.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/14 | {1} | CASH | Friday, October 17, 2014 operating receipts. Payment made at Signature Bank Melville Branch | 1230-000 | 6,638.50 | | 6,638.50 |
| 10/21/14 | {1} | CASH | operating receipts for 10/14/14, payment made at Signature Bank Melville Branch | 1230-000 | 20.00 | | 6,658.50 |
| 10/22/14 | {1} | CASH | operating receipts for 10/18/14, deposit made at Signature Bank Melville Branch | 1230-000 | 5,564.30 | | 12,222.80 |
| 10/23/14 | {1} | Capital One Bank (cashier's check) | operating receipts for 10/20/14, deposit made at Signature Bank Melville Branch | 1230-000 | 4,670.00 | | 16,892.80 |
| 10/23/14 | {1} | Z&R Foods Inc. | operating receipt for 10/20/14, deposit made at Signature Bank Melville Branch | 1230-000 | 117.50 | | 17,010.30 |
| 10/24/14 | 1001 | Carriann Schettini | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 361.75 | 16,648.55 |
| 10/24/14 | 1001 | Carriann Schettini | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -361.75 | 17,010.30 |
| 10/24/14 | 1002 | Fabian Antonio Farina | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 361.75 | 16,648.55 |
| 10/24/14 | 1002 | Fabian Antonio Farina | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -361.75 | 17,010.30 |
| 10/24/14 | 1003 | Hubert Simon | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 217.05 | 16,793.25 |
| 10/24/14 | 1003 | Hubert Simon | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -217.05 | 17,010.30 |
| 10/24/14 | 1004 | Jeffery Lee | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 289.40 | 16,720.90 |
| 10/24/14 | 1004 | Jeffery Lee | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -289.40 | 17,010.30 |
| 10/24/14 | 1005 | Michael Barchetto | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 470.28 | 16,540.02 |
| 10/24/14 | 1005 | Michael Barchetto | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -470.28 | 17,010.30 |
| 10/24/14 | 1006 | Nassour Abdelrazil | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 470.28 | 16,540.02 |
| 10/24/14 | 1006 | Nassour Abdelrazil | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -470.28 | 17,010.30 |
| 10/24/14 | 1007 | Rodrigo Farina | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 361.75 | 16,648.55 |
| 10/24/14 | 1007 | Rodrigo Farina | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -361.75 | 17,010.30 |
| | | | Subtotals : | | $17,010.30 | $0.00 | |

{} Asset reference(s)

Printed: 09/15/2017 02:41 PM     V.13.30

Case 8-14-71443-reg    Doc 413    Filed 10/11/17    Entered 10/11/17 12:08:43

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********83 - Checking  
**Blanket Bond:** $77,628,510.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/14 | 1008 | Thomas Hoey III | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 470.28 | 16,540.02 |
| 10/24/14 | 1008 | Thomas Hoey III | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -470.28 | 17,010.30 |
| 10/24/14 | 1009 | Traci Collins | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 470.28 | 16,540.02 |
| 10/24/14 | 1009 | Traci Collins | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -470.28 | 17,010.30 |
| 10/24/14 | 1010 | Wendy Hoey | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 578.80 | 16,431.50 |
| 10/24/14 | 1010 | Wendy Hoey | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -578.80 | 17,010.30 |
| 10/24/14 | 1011 | Yolanda Hoey | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 578.80 | 16,431.50 |
| 10/24/14 | 1011 | Yolanda Hoey | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -578.80 | 17,010.30 |
| 10/24/14 | 1012 | Zhang Kai Wu | Voided on 10/24/2014<br>Voided on 10/24/14 | 2690-000 | | 361.75 | 16,648.55 |
| 10/24/14 | 1012 | Zhang Kai Wu | Voided on 10/24/2014<br>Voided: check issued on 10/24/14 | 2690-000 | | -361.75 | 17,010.30 |
| 10/24/14 | 1013 | Carriann Schettini | operating expense - labor | 2690-000 | | 290.65 | 16,719.65 |
| 10/24/14 | 1014 | Fabian Antonio Farina | operating expense - labor | 2690-000 | | 290.65 | 16,429.00 |
| 10/24/14 | 1015 | Hubert Simon | operating expense - labor | 2690-000 | | 174.39 | 16,254.61 |
| 10/24/14 | 1016 | IRS | operating expense<br>Stopped on 07/15/15 | 2690-720 | | 1,907.83 | 14,346.78 |
| 10/24/14 | 1017 | IRS | operating expense<br>Stopped on 07/14/15 | 2690-730 | | 569.23 | 13,777.55 |
| 10/24/14 | 1018 | Jeffery Lee | operating expense - labor | 2690-000 | | 232.52 | 13,545.03 |
| 10/24/14 | 1019 | Michael Barchetto | operating expense - labor | 2690-000 | | 377.85 | 13,167.18 |
| 10/24/14 | 1020 | Nassour Abdelrazil | operating expense - labor | 2690-000 | | 377.85 | 12,789.33 |
| 10/24/14 | 1021 | New York State Department of Labor | operating expense<br>Stopped on 07/14/15 | 2690-720 | | 282.90 | 12,506.43 |
| 10/24/14 | 1022 | New York State Department of Labor | operating expense<br>Stopped on 07/14/15 | 2690-730 | | 282.90 | 12,223.53 |
| 10/24/14 | 1023 | New York State Department of Taxation & Finance | operating expense<br>Stopped on 07/14/15 | 2690-720 | | 663.78 | 11,559.75 |
| 10/24/14 | 1024 | New York State Department of Taxation & Finance | operating expense<br>Stopped on 07/14/15 | 2690-730 | | 663.78 | 10,895.97 |

Subtotals :         $0.00         $6,114.33

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********83 - Checking  
**Blanket Bond:** $77,628,510.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/24/14 | 1025 | NYS Workers' Compensation Board - Disability Benefits Bureau | operating expense  Stopped on 07/14/15 | 2690-720 | | 34.50 | 10,861.47 |
| 10/24/14 | 1026 | NYS Workers' Compensation Board - Disability Benefits Bureau | operating expense  Stopped on 07/14/15 | 2690-730 | | 34.50 | 10,826.97 |
| 10/24/14 | 1027 | Rodrigo Farina | operating expense - labor | 2690-000 | | 290.65 | 10,536.32 |
| 10/24/14 | 1028 | Thomas Hoey III | operating expense - labor | 2690-000 | | 377.85 | 10,158.47 |
| 10/24/14 | 1029 | Traci Collins | operating expense - labor | 2690-000 | | 377.85 | 9,780.62 |
| 10/24/14 | 1030 | Wendy Hoey | operating expense - labor | 2690-000 | | 465.04 | 9,315.58 |
| 10/24/14 | 1031 | Yolanda Hoey | operating expense - labor | 2690-000 | | 465.04 | 8,850.54 |
| 10/24/14 | 1032 | Zhang Kai Wu | operating expense - labor ; Stopped on 06/03/2015  Stopped on 06/03/15 | 2690-000 | | 290.65 | 8,559.89 |
| 10/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 1.72 | 8,558.17 |
| 10/28/14 | {1} | Ernesto A Contrerars DBA Contreras Produce | operating receipts for 10/3, 10/8, 10/13, 10/15 and 10/20 | 1230-000 | 3,611.00 | | 12,169.17 |
| 10/28/14 | {1} | Five Corners Produce LLC dba Cross Island Fruits | Operating receipts for 10/5 | 1230-000 | 232.50 | | 12,401.67 |
| 10/28/14 | {1} | P & P Pallets & Recyclers Inc | Operating receipts | 1230-000 | 407.00 | | 12,808.67 |
| 10/28/14 | {1} | Manavi | operating receipts for 10/23/14 | 1230-000 | 1,977.00 | | 14,785.67 |
| 10/30/14 | {1} | Polka dot pound cake | operating receipts dated for 10/23/14, deposited made at Signature Bank Melville Branch | 1230-000 | 20.00 | | 14,805.67 |
| 10/30/14 | {1} | johnny | operating receipts for 10/20/14, deposit made at Signature Bank Melville Branch | 1230-000 | 120.00 | | 14,925.67 |
| 11/13/14 | 1033 | 28 William St. Corp. | Partial pmt of Nov. rent per stip "so ordered" November 13, 2014 | 2410-000 | | 14,000.00 | 925.67 |
| 11/19/14 | {1} | Ernesto A Contrerars DBA Contreras Produce | operating receipts for 10/8/14 | 1230-000 | 10,109.00 | | 11,034.67 |
| 11/25/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 26.92 | 11,007.75 |
| 12/02/14 | {2} | Long Island Banana | Turn over of proceeds of DIP acct at TD Bank acct # 4305725066 | 1129-000 | 750.00 | | 11,757.75 |
| 12/02/14 | {1} | Mejia Tropical Products | invoice # 962930, 962927 and 964789 | 1230-000 | 2,385.00 | | 14,142.75 |
| 12/02/14 | {1} | Sky Foods Market Inc | various invoices | 1230-000 | 5,776.00 | | 19,918.75 |
| 12/02/14 | {1} | North 3rd Corp | invoice # 961974, 962405 and 963771 | 1230-000 | 545.00 | | 20,463.75 |
| 12/24/14 | {3} | Esposito Brothers, Inc | proceeds fromsale of lease for 28 Williams St | 1129-000 | 34,500.00 | | 54,963.75 |
| 12/24/14 | {3} | Esposito Brothers, Inc | Proceeds from sale of lease for 28 Williams St | 1129-000 | 42,500.00 | | 97,463.75 |
| 12/24/14 | {3} | Esposito Brothers, Inc | proceeds from sale of lease for 28 Williams St | 1129-000 | 500,000.00 | | 597,463.75 |
| 12/24/14 | 1034 | 28 William St. Corp. | Cure of rent arrears per Sale Order [Dkt # 320] | 4220-000 | | 217,000.00 | 380,463.75 |

Subtotals :  $602,932.50  $233,364.72

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********83 - Checking  
**Blanket Bond:** $77,628,510.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | and Auction Procedures / Cure Order [Dkt # 306] | | | | |
| 12/24/14 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 31.40 | 380,432.35 |
| 01/26/15 | 1035 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015. | 2300-000 | | 349.31 | 380,083.04 |
| 01/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 735.29 | 379,347.75 |
| 02/04/15 | {1} | Friedlander | operating receipt | 1230-000 | 3,085.75 | | 382,433.50 |
| 02/24/15 | {11} | David R. Maltz & Co., Inc | Proceeds from auction sale of vehicles | 1129-000 | 131,603.28 | | 514,036.78 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 531.57 | 513,505.21 |
| 03/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 795.10 | 512,710.11 |
| 04/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 744.26 | 511,965.85 |
| 05/22/15 | | International Sureties, Ltd | Bond Premium refund | 2300-000 | | -69.51 | 512,035.36 |
| 05/29/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 743.25 | 511,292.11 |
| 06/03/15 | 1032 | Zhang Kai Wu | operating expense - labor ; Stopped on 06/03/2015<br>Stopped: check issued on 10/24/14 | 2690-000 | | -290.65 | 511,582.76 |
| 06/03/15 | 1036 | McCarron & Diess | Payment of PACA claims per Order dated 5/15/15 approving Stipulation of 4/24/15 [Dkt #97] | 4120-000 | | 239,052.54 | 272,530.22 |
| 06/10/15 | | Signature Bank | Bank and Technology Services | 2600-000 | | 239.58 | 272,290.64 |
| 06/10/15 | | Signature Bank | Transfer to Rabobank, N.A. | 9999-000 | | 272,290.64 | 0.00 |
| 07/14/15 | 1017 | IRS | operating expense<br>Stopped: check issued on 10/24/14 | 2690-730 | | -569.23 | 569.23 |
| 07/14/15 | 1021 | New York State Department of Labor | operating expense<br>Stopped: check issued on 10/24/14 | 2690-720 | | -282.90 | 852.13 |
| 07/14/15 | 1022 | New York State Department of Labor | operating expense<br>Stopped: check issued on 10/24/14 | 2690-730 | | -282.90 | 1,135.03 |
| 07/14/15 | 1023 | New York State Department of Taxation & Finance | operating expense<br>Stopped: check issued on 10/24/14 | 2690-720 | | -663.78 | 1,798.81 |
| 07/14/15 | 1024 | New York State Department of Taxation & Finance | operating expense<br>Stopped: check issued on 10/24/14 | 2690-730 | | -663.78 | 2,462.59 |
| 07/14/15 | 1025 | NYS Workers' Compensation Board - Disability Benefits Bureau | operating expense<br>Stopped: check issued on 10/24/14 | 2690-720 | | -34.50 | 2,497.09 |
| 07/14/15 | 1026 | NYS Workers' Compensation Board - Disability Benefits Bureau | operating expense<br>Stopped: check issued on 10/24/14 | 2690-730 | | -34.50 | 2,531.59 |
| 07/15/15 | 1016 | IRS | operating expense<br>Stopped: check issued on 10/24/14 | 2690-720 | | -1,907.83 | 4,439.42 |
| 07/15/15 | | Rabobank, N.A. | Transfer for voided/stopped checks | 9999-000 | | 4,439.42 | 0.00 |

Subtotals :    $134,689.03    $515,152.78

{} Asset reference(s)                                                                                                  Printed: 09/15/2017 02:41 PM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********83 - Checking  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 754,631.83 | 754,631.83 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 276,730.06 | |
| | | | **Subtotal** | | **754,631.83** | **477,901.77** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$754,631.83** | **$477,901.77** | |

{} Asset reference(s)                                                                                                                          Printed: 09/15/2017 02:41 PM     V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6866 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/15 | | Rabobank, N.A. | Transfer from Signature Bank | 9999-000 | 272,290.64 | | 272,290.64 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.10 | 272,029.54 |
| 07/15/15 | | Signature Bank | Wire transfer from previous bank to Rabobank | 9999-000 | 4,439.42 | | 276,468.96 |
| 07/30/15 | 101 | Nassour Abdelrazil | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 272.15 | 276,196.81 |
| 07/30/15 | 102 | Michael Barchetto | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 272.15 | 275,924.66 |
| 07/30/15 | 103 | Jeffery Lee | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 167.48 | 275,757.18 |
| 07/30/15 | 104 | Traci Collins | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 272.15 | 275,485.03 |
| 07/30/15 | 105 | Carrian Schettini | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 209.35 | 275,275.68 |
| 07/30/15 | 106 | Wendy Hoey | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 334.96 | 274,940.72 |
| 07/30/15 | 107 | Yolanda Hoey | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 334.96 | 274,605.76 |
| 07/30/15 | 108 | Rodrigo Farina | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 209.35 | 274,396.41 |
| 07/30/15 | 109 | Fabian Antonio Farina | operating expense - labor ; balance due from 10/24/14 Voided on 10/02/15 | 2690-000 | | 209.35 | 274,187.06 |
| 07/30/15 | 110 | Clerk, United States Bankruptcy Court | Unclaimed funds; operating expense - labor ; balance due from 10/24/14; for Zhang Kai Wu | 2690-000 | | 500.00 | 273,687.06 |
| 07/30/15 | 111 | Hubert Simon | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 125.61 | 273,561.45 |
| 07/30/15 | 112 | Thomas Hoey III | operating expense - labor ; balance due from 10/24/14 | 2690-000 | | 272.15 | 273,289.30 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 407.72 | 272,881.58 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 380.83 | 272,500.75 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 418.58 | 272,082.17 |
| 10/02/15 | 109 | Fabian Antonio Farina | operating expense - labor ; balance due from 10/24/14 Voided: check issued on 07/30/15 | 2690-000 | | -209.35 | 272,291.52 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 391.65 | 271,899.87 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 378.04 | 271,521.83 |
| 12/16/15 | 113 | Clerk, United States Bankruptcy Court | Unclaimed funds, compensation due from 10/24/14 for Fabian Antonio Farina | 2690-000 | | 209.35 | 271,312.48 |

Subtotals :   $276,730.06   $5,417.58

{} Asset reference(s)

Printed: 09/15/2017 02:41 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6866 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 429.63 | 270,882.85 |
| 01/15/16 | 114 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2016 FOR CASE #814-71443, U.S.B.C, E.D.N.Y., Trustee Blanket Bond Payment | 2300-000 | | 99.42 | 270,783.43 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 375.84 | 270,407.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 374.94 | 270,032.65 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 426.12 | 269,606.53 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 373.83 | 269,232.70 |
| 05/06/16 | 115 | NYS Department of Taxation and Finance | EIN # 11-1788663 | 2820-000 | | 714.57 | 268,518.13 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 372.97 | 268,145.16 |
| 06/10/16 | 116 | NYS Department of Taxation and Finance | TIN # 11-1788663, 2015 Corporation Tax | 2690-000 | | 25.81 | 268,119.35 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 423.14 | 267,696.21 |
| 04/05/17 | 117 | Goetz Fitzpatrick LLP | Dividend paid 100.00% on $10,485.00, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 10,485.00 | 257,211.21 |
| 04/05/17 | 118 | Herrick Feinstein LLP | Dividend paid 100.00% on $14,515.00, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 14,515.00 | 242,696.21 |
| 04/05/17 | 119 | David R Maltz & Co. | Dividend paid 100.00% on $55,000.00, Auctioneer for Trustee Fees (including buyers premiums);  Reference: | 3610-000 | | 55,000.00 | 187,696.21 |
| 04/05/17 | 120 | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | Dividend paid 100.00% on $108,643.39, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 108,643.39 | 79,052.82 |
| 04/05/17 | 121 | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | Dividend paid 100.00% on $2,411.35, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 2,411.35 | 76,641.47 |
| 04/05/17 | 122 | Paritz & Company, P.A. | Dividend paid 100.00% on $4,449.17, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,449.17 | 72,192.30 |
| 04/05/17 | 123 | Office of the United States Trustee | Dividend paid 100.00% on $5,525.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 5,525.00 | 66,667.30 |
| 04/05/17 | 124 | Northern Star Technology Group | Dividend paid 7.49% on $1,846.62, Trade Debt (Chapter 11);  Reference:<br>Stopped on 07/06/17 | 6910-000 | | 138.42 | 66,528.88 |
| 04/05/17 | 125 | PSEG dba Long Island Power Authority | Dividend paid 7.49% on $5,952.95, Other Operating Expenses (incl. ch 11 sales and | 6950-000 | | 446.23 | 66,082.65 |

Subtotals :         $0.00         $205,229.83

{} Asset reference(s)                                                                                              Printed: 09/15/2017 02:41 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71443-REG  
**Case Name:** Long Island Banana Corp.  
  Debtor, Jointly Administered  
**Taxpayer ID #:** **-***8663  
**Period Ending:** 09/15/17  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6866 - Checking Account  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | payroll taxes paid during ch 7);  Reference: | | | | |
| 04/05/17 | 126 | Goetz Fitzpatrick LLP | Dividend paid   7.49% on $134,754.21, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 10,101.20 | 55,981.45 |
| 04/05/17 | 127 | Herrick Feinstein LLP | Dividend paid   7.49% on $524,467.24, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 39,314.15 | 16,667.30 |
| 04/05/17 | 128 | R. KENNETH BARNARD, ESQ. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 16,667.30 | 0.00 |
| | | | Dividend paid 100.00%    16,500.00 on $16,500.00;  Claim# ; Filed: $16,500.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    167.30 on $167.30;  Claim# ; Filed: $167.30 | 2200-000 | | | 0.00 |
| 07/06/17 | 124 | Northern Star Technology Group | Dividend paid   7.49% on $1,846.62, Trade Debt (Chapter 11);  Reference: Stopped: check issued on 04/05/17 | 6910-000 | | -138.42 | 138.42 |
| 07/17/17 | 129 | Clerk, United States Bankruptcy Court | Unclaimed funds; dividened paid 7.49% on $1,846.62 (Trade Debt chapter11) | 6910-000 | | 138.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **276,730.06** | **276,730.06** | **$0.00** |
| | | | Less: Bank Transfers | | 276,730.06 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **276,730.06** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$276,730.06** | |

| Net Receipts : | 754,631.83 |
|---|---|
| Net Estate : | $754,631.83 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********83 | 754,631.83 | 477,901.77 | 0.00 |
| Checking # ******6866 | 0.00 | 276,730.06 | 0.00 |
| | $754,631.83 | $754,631.83 | $0.00 |

{} Asset reference(s)  
Printed: 09/15/2017 02:41 PM     V.13.30